Stephen D. Weisskopf, Esq. (State Bar No. 213596)
LEVATOLAW, LLP
2029 Century Park East, Suite 2910
Los Angeles, California 90067
Telephone: (310) 734-2026
Facsimile: (310) 421-4180
Attorneys for Plaintiff TORTILLA FACTORY, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORTILLA FACTORY, LLC, a California limited liability company,<br><br>Plaintiff(s),<br>v.<br>MAKANA BEVERAGES, INC., a Delaware corporation; et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:18-CV-2981-MWF-PLA<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) UNITED NATURAL FOODS, INC., a Delaware corporation; UNITED NATURAL FOODS WEST, INC., a California corporation; KEHE DISTRIBUTORS, INC., a Delaware corporation; and Hi-Touch Distribution, Inc., a California Corporation.

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Tortilla Factory, LLC .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| August 16, 2018 | /s/ Stephen D. Weisskopf |
| Date | Signature of Attorney/Party |

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*