Stephen D. Weisskopf, Esq. (State Bar No. 213596)
Christopher E. Stiner, Esq. (State Bar No. 276033)
LEVATOLAW, LLP
2029 Century Park East, Suite 2910
Los Angeles, California 90067
Telephone: (310) 734-2026
Facsimile: (310) 421-4180

Attorneys for Plaintiff
TORTILLA FACTORY, LLC

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORTILLA FACTORY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MAKANA BEVERAGES, INC. and DOES 1-10,<br><br>Defendants. | CASE NO. 2:18-cv-02981-MWF-PLA<br><br>*[Hon. Michael W. Fitzgerald]*<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT MAKANA BEVERAGES, INC. WITH PREJUDICE AND WAIVE COSTS**<br><br>Complaint Filed: April 9, 2018<br>Trial Date: January 28, 2020 |

## ORDER

The Stipulation to Dismiss Defendant Makana Beverages, Inc. with Prejudice and Waive Costs is approved. The entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed with prejudice.

Dated: June 10, 2019

*/s/ Michael W. Fitzgerald*

MICHAEL W. FITZGERALD
United States District Judge